## LOUIS DEVOTION *versus* JOHN ANDERSON

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821): *Journal 3:* (1) Rule for special bail or procedendo *p. 203; (2) motion to strike from docket granted *p. 217.
PAPERS IN FILE: (1) Precipe for habeas corpus; (2) precipe to tax attorney's fee.
*1821 Calendar,* MS p. 76.